# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129041

MUNICIPAL EMPLOYEES RETIREMENT
SYSTEMS OF MICHIGAN,
          Petitioner-Appellee,

v

          SC: 129041
          COA: 260534
          MTT: 00-306773

CHARTER TOWNSHIP OF DELTA,
          Respondent-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 24, 2005 judgment of the Court of Appeals is considered, and it is GRANTED.

We further ORDER that this case be argued and submitted to the Court together with the case of *City of Mt. Pleasant v State Tax Commission* (Docket No. 129453), lv gtd ___ Mich ___ (1/13/06), at such future session of the Court as both cases are ready for submission.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2006

_____
Clerk

d0125